IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **WILTON KING,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:11-CV-347 (MTT) ) |
| **ALDERWOODS GROUP, INC.,** *et al.*, | ) ) |
| Defendants. | ) ) |

## ORDER

This matter was transferred to this Court from the United States District Court for the Northern District of California. (Doc. 1). After reviewing the history of this case and its present posture, and at the request of the Plaintiff, the Court hereby dismisses the transferred complaint without prejudice to the filing of an amended complaint which alleges proper causes of action in this district. The parties are ordered to exhaust all settlement possibilities before filing any amended complaint or further pleadings. The amended complaint will be due on or before January 17, 2012, if this matter is not settled.

**SO ORDERED,** this 20th day of October, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT